STATE OF NEW JERSEY v. RUSSELL E. TROPEA.

September 23, 1976. Petition for certification granted. (See 142 *N. J. Super.* 288)

STATE OF NEW JERSEY v. CHARLES SAUNDERS.

September 23, 1976. Petition for certification granted. (See 142 *N. J. Super.* 287)

ANTHONY J. BARRES v.
HOLT, RINEHART & WINSTON, INC.

September 23, 1976. Petition for certification granted. (See 141 *N. J. Super.* 563)

GOVERNMENT EMPLOYEES INS., CO. v. LOIS BOVIT.

September 23, 1976. Petition for certification denied. (See 142 *N. J. Super.* 268)

IN RE PATERSON REDEVELOPMENT AGENCY.

September 23, 1976. Petition for certification denied. (See 141 *N. J. Super.* 414)